1  Thomas P. Holt, Bar No. 39722
   tholt@littler.com
2  Goldie A. Davidoff, Bar No. 53387
   gdavidoff@littler.com
3  LITTLER MENDELSON P.C.
   One Union Square
4  600 University Street, Suite 3200
   Seattle, Washington 98101.3122
5  Telephone:  206.623.3300
   Facsimile:   206.447.6965
6
7  Attorneys for Defendant
   WASTE CONNECTIONS US, INC.
8

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN CARLILE,<br><br>        Plaintiff,<br><br>    v.<br><br>WASTE CONNECTIONS US, INC.,<br><br>        Defendant. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>(FEDERAL QUESTION)<br><br>28 U.S.C. §§ 1331 and 1441(a) |

**TO:**           **THE CLERK OF THE ABOVE-NAMED COURT;**

**AND TO:**   **PLAINTIFF JUSTIN CARLILE;**

**AND TO:**   **MATTHEW Z. CROTTY, Plaintiff's Counsel of Record.**

PLEASE TAKE NOTICE that Defendant Waste Connections US, Inc. ("Waste Connections"), hereby effects the removal of the state action described herein from the Superior Court of the State of Washington in and for the County of Spokane, to the United States District Court for the Eastern District of Washington.  Removal is based on the existence of a federal question and is timely.  Written notice of the filing of this Notice of Removal is being filed with the Clerk of the Superior Court of the

NOTICE OF REMOVAL - 1

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

State of Washington, in and for the County of Spokane, and shall be served upon all parties together with a copy of this Notice pursuant to 28 U.S.C. § 1446(d).

In support of its Notice of Removal, Defendant provides the following information:

1. On or about August 26, 2021, Plaintiff Justin Carlile commenced an action against Waste Connections in the Superior Court of the State of Washington, in and for the County of Spokane, by filing a Complaint captioned *Justin Carlile v. Waste Connections US, Inc.*, and designated as Case No. 21-2-02373-32.

2. Plaintiff effected service of the Summons and Complaint upon Defendant's registered agent on August 27, 2021.

3. True and correct copies of all process, pleadings, orders and other papers or exhibits on file with the state court are attached hereto, except as noted, as follows: (1) the Case Assignment Notice and Order is attached as "Exhibit 1;" (2) the Complaint & Demand for Jury Trial is attached as "Exhibit 2;" (3) the Summons is attached as "Exhibit 3;" and (4) Defendant's Notice of Appearance in the state court is attached as "Exhibit 4." Defendant is still obtaining the Declaration of Service and will file it by supplemental submission within the time period permitted by the rules.

4. Waste Connections is removing this action to this Court pursuant to 28 U.S.C. §§ 1331 and 1441, based on the existence of a federal question.

## **TIMELINESS**

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty days after Waste Connections' receipt of Plaintiff's Complaint.

NOTICE OF REMOVAL - 2

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

## JURISDICTION

6. Plaintiff's Complaint purports to allege a violation of the Family and Medical Leave Act, 29 U.S.C. §§ 2601–2619 ("FMLA"). (Complaint ¶¶ 40–51.) Because Plaintiff's Complaint raises a federal question, this Court has jurisdiction over this action under 28 U.S.C. § 1331. The Court has jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

## VENUE

7. Venue is proper in the Eastern District of Washington pursuant to 28 U.S.C. § 128(b) and 1446(d) because the state court action is pending within the jurisdictional confines of this District.

## INTRADISTRICT ASSIGNMENT

8. Venue is proper in the Spokane Division, pursuant to LCR 3(e), because this case was removed from Washington State Superior Court, in and for the County of Spokane, and because the alleged events and omission that Plaintiff contends give rise to his claim are alleged to have occurred in Spokane County.

9. Written notice of the filing of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of Washington, in and for the County of Spokane, and shall be served upon all parties together with a copy of this Notice pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Waste Connections respectfully requests that the above-captioned matter, now pending in the Superior Court of the State of Washington, in

NOTICE OF REMOVAL - 3

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

and for the County of Spokane, Case No. 21-2-02373-32, be removed to this Honorable Court for further proceedings.

Dated: September 16, 2021

                                                  *s/ Thomas P. Holt*
Thomas P. Holt, WSBA #39722
tholt@littler.com

*s/ Goldie A. Davidoff*
Goldie A. Davidoff, WSBA #53387
gdavidoff@littler.com

LITTLER MENDELSON P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Telephone: 206.623.3300
Facsimile:  206.447.6965

Attorneys for Defendant
WASTE CONNECTIONS US, INC.

NOTICE OF REMOVAL - 4

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on September 16, 2021, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

**Attorneys for Plaintiff**

Matthew Z. Crotty, WSBA #39284
Crotty & Son Law Firm, PLLC
905 West Riverside Ave., Ste. 404
Spokane, WA 99201
Tel: 509-850-7011
Email: matt@crottyandson.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on September 16, 2021, at Seattle, Washington.

*s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

4811-7436-6970.1 / 999999-5770

NOTICE OF REMOVAL - 5

<small>LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300</small>