FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN CARLILE,<br><br>    Plaintiff,<br><br>    v.<br><br>WASTE CONNECTIONS OF WASHINGTON, INC.,<br><br>    Defendant. | No.  2:21-CV-00276-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 14. The parties move the Court to dismiss all claims and causes of action in the above-captioned case, with prejudice, and without costs or attorney's fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and dismiss the action.

//
//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 14, is **GRANTED**.

2. The claims and causes of action in this case are **DISMISSED with prejudice** and without costs or attorney's fees to any party.

3. The trial date and any remaining pretrial deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** this file.

**DATED** this 17th day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** *2